NUMBER 13-01-233-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


ROGER D. SAENZ , Appellant,


v.


FROST NATIONAL BANK , Appellee.

____________________________________________________________________


On appeal from the 347th District Court

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellant, ROGER D. SAENZ , perfected an appeal from a judgment entered by the 347th District Court of Nueces
County, Texas, in cause number 00-4547-H . The clerk's record was filed on April 18, 2001 . No reporter's record was filed
. Appellant's brief was due on May 18, 2001 . To date, no appellate brief has been received. Additionally, appellant has
failed to pay the $125.00 filing fee in this cause.

 When the appellant has failed to file a brief in the time prescribed, the Court may dismiss the appeal for want of
prosecution, unless the appellant reasonably explains the failure and the appellee is not significantly injured by the
appellant's failure to timely file a brief. Tex. R. App. P. 38.8(a)(1).

On May 24, 2001 , notice was given to all parties that this appeal was subject to dismissal pursuant to Tex. R. App. P.
38.8(a)(1) and 42.3(c). Appellant was given ten days to explain why the cause should not be dismissed for failure to file a
brief and failure to pay the $125.00 filing fee. To date, no response has been received.

The Court, having examined and fully considered the documents on file, appellant's failure to file a proper appellate brief
and failure to pay the $125.00 filing fee, this Court's notice, and appellant's failure to respond, is of the opinion that the
appeal should be dismissed for want of prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed

this the 28th day of June, 2001